Submitted on record and briefs March 25, affirmed as modified November 4, 1987

In the Matter of the Compensation of
Kenneth Dalgliesh, Claimant.
## DALGLIESH,
*Petitioner,*

*v.*

## SCOTT et al,
*Respondents.*

(WCB 84-08363; CA A40624)

744 P2d 601

Charles Robinowitz, Portland, filed the briefs for petitioner.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and John A Reuling, Jr., Assistant Attorney General, Salem, filed the brief for respondents.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

**PER CURIAM**

Claimant challenges an award of permanent partial disability. On *de novo* review, we affirm the Board's award as to claimant's left leg and right shoulder and modify the order to award claimant permanent partial disability to the extent of 75 percent for his right arm.

Affirmed as modified.